UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

U.S. SECURITIES AND EXCHANGE
COMMISSION,

     v.

MATTHEW C. DEVLIN,
DANIEL A. CORBIN,
FREDERICK E. BOWERS,
THOMAS R. FAULHABER,
ERIC A. HOLZER,
JEFFREY R. GLOVER,
CORBIN INVESTMENT HOLDINGS LLC,
AUGUSTUS MANAGEMENT, LLC,

    Defendants,

MARIA T. CHECA,
LEE H. CORBIN, and
CHECA INTERNATIONAL, INC.,

    Relief defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2009

08 Civ. 11001 (JGK)
ECF Case

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/09

## ORDER

  Upon the joint application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Reed M. Brodsky, Assistant United States Attorney, of counsel, and counsel for the defendants and relief defendants in the above-captioned case, it is hereby:

  ORDERED that discovery in the above-captioned case is stayed through the conclusion of the criminal trial in the case of <u>United States</u> v. <u>Daniel A. Corbin</u>, 09 Cr. 463 (VM), which is scheduled to begin on April ~~2, 2009~~ 19, 2010. The Government is further ordered to inform the Court if there is a disposition in this criminal case prior to April 2009 and/or if the

*[handwritten annotations in margin: "So K 10/16/09" and "So K 10/19/09"]*

trial in that case is postponed. If any party wants to lift the temporary stay of discovery for any reason, that party is welcome to file a motion with this Court seeking whatever relief it wants and any parties opposing that motion must file a response within 14 days.

Dated: New York, New York
       October 15, 2009

_____
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK