```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
United States Securities and
Exchange Commission,

          Plaintiff,
                                           08 Civ. 11001(ALC)

      - against -                          STATUS REPORT ORDER

Matthew C. Devlin, Jamil A.
Bouchareb, Maria T. Checa,
Daniel A. Corbin, Lee H. Corbin,
Frederick E. Bowers, Thomas R.
Faulhaber, Eric A. Holzer,
Jeffrey R. Glover, Checa
International, Inc., Corbin
Investment Holdings, LLC, and
Augustus Management, LLC,

          Defendants.
----------------------------------X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-17-12

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are directed to submit a joint letter, no later than October 15, 2012, informing the Court of the status of the proceedings. Should the parties successfully conclude settlement negotiations before the submission of the joint status report, they should immediately notify the Court and should also inform the Court of how they wish to proceed with the instant litigation. The Court will continue the stay of discovery.

Dated: New York, New York
August 17, 2012

SO ORDERED.

_____
Andrew L. Carter, Jr.
United States District Judge