```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
U.S. SECURITIES AND EXCHANGE            :
COMMISSION,                             :
                          Plaintiff,      :      08 Civ. 11001 (LGS)
:
          -against-                     :      ORDER
:
MATTHEW C. DEVLIN et al,                :
                        Defendant.      :
:
-------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      Whereas the Court has approved the settlement agreements between the Commission and (1) Daniel A. Corbin, (2) Jamil Bouchareb; (3) Corbin Investment Holdings, LLC, and (3) Augustus Management, LCC respectively; it is hereby

      ORDERED that the Commission and any remaining Defendants, including the Relief Defendants, submit a joint status letter to the Court by **July 9, 2013**, in accordance with the Court's Individual Rules I.B.1.

      The Clerk of Court is respectfully directed to reopen this case.

      SO ORDERED.

Dated: May 14, 2013
       New York, New York

                                                   LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE